No. 96–788. QUIJANO ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–799. KELSEY-HAYES CO. *v.* HELWIG ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–805. WALL ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–809. GOULDING *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–811. STANDARD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–813. GRABLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–824. DIXON *v.* DIXON. Sup. Ct. N. J. Certiorari denied.

No. 96–825. PERKINS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–837. PIKE ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–839. HAUN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–849. LERMER GERMANY GMBH ET AL. *v.* LERMER CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–854. URETA *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–857. OXFORT *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 96–862. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–876. MCGEENEY *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.